UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

STATE OF TENNESSEE ex rel.
Robert E. Cooper, Jr.,
Attorney General and Reporter,

    Plaintiff,

v.                                                     Cv. No. 08-2785-Ma

BLUEHIPPO FUNDING, LLC, BLUEHIPPO
CAPITAL, LLC, VIRGINIA, BLUEHIPPO
CAPITAL, LLC, NEVADA d/b/a
BLUEHIPPO DIGITAL BOULEVARD,
www.bluehippo.com, www.bigbluead.com,
and www.approvalpc.com,

    Defendants.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, in accordance with the Order Granting Plaintiff's Motion to Remand, docketed December 10, 2008, this action is remanded to Chancery Court for Shelby County, Tennessee, Thirtieth Judicial District at Memphis.

**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| December 10, 2008 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |